# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:23-cr-00002-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DANNY DALE TREMBLE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 24], the firearms, 2021 Chevrolet Silverado, 2021 Yamaha boat, and 2021 Shorland'r trailer (hereafter, "the firearms and vehicles") from the Consent Order and Judgment of Forfeiture [Doc. 15].

The Government advises that the Defendant and victim Azalea Management and Leasing, Inc. ("Azalea") have agreed that the Defendant may transfer ownership of such items to Azalea in exchange for a $90,000 credit against any restitution ordered by this Court at sentencing.

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 24] is hereby **GRANTED**, and the following items from the Consent Order and Judgment of Forfeiture [Doc. 15] are hereby **DISMISSED**:

- **Henry H018-410, .410-ga shotgun, SN: AHFTL02650;**
- **Bersa Thunder 380, .380 caliber pistol, SN: H94873;**
- **Bersa Thunder 380, .380 caliber pistol, SN: J12542;**
- **Kimber Solo Carry, 9mm caliber pistol, SN: S1174011;**
- **Beretta PX4 Storm, 9mm caliber pistol, SN: PZ3626D;**
- **Beretta PX4 Storm, 9mm caliber pistol, SN: PZ1192C;**
- **S&W M&P 15, multi-caliber rifle, SN: TP56473;**
- **2021 Chevrolet Silverado, VIN: 1GC4YPE71MF241030;**
- **2021 Yamaha 210 FSH Sport boat, RN: NC 1838 EW; and**
- **2021 Shoreland'r 25 ft boat trailer, VIN: 1MDASAU22NA722297.**

**IT IS FURTHER ORDERED** that the Government is, pursuant to the agreement proffered to this Court, hereby authorized to turn-over the Chevrolet Silverado, Yamaha boat, and Shoreland'r trailer to Azalea or its nominee, and to turn over the firearms to a federal firearms licensed dealer.[1]

**IT IS SO ORDERED**.

Signed: June 19, 2023

Martin Reidinger
Chief United States District Judge

---

[1] This Order does not absolve counsel for Defendant or Azalea from complying with any and all state and federal laws on firearms transfers. The Court presumes that Defendant and Azalea will comply with such laws before any transfer contemplated herein.