# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:23-cr-00002-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANNY DALE TREMBLE, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion for Reconsideration. [Doc. 39].

Upon review of the Defendant's Motion, the Court enters contemporaneously herewith a Second Amended Order addressing the Defendant's Motion for Reduced Sentence.

**IT IS, THEREFORE, ORDERED** that the Defendant's Unopposed Motion for Reconsideration [Doc. 39] is **GRANTED IN PART** to the extent that the Court hereby enters contemporaneously herewith a Second Amended Order addressing the Defendant's Motion for Reduced Sentence.

**IT IS SO ORDERED**.

Signed: June 19, 2024

*Martin Reidinger*
Martin Reidinger
Chief United States District Judge